BC
FILED
8/13/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 21-cr-127-1 |
| v. ) | |
| ) | Magistrate Judge: M. David Weisman |
| LUKE ANDREW WILLIAMS ) | |
| f/k/a LARBY AMIROUCHE, ) | |
| ) | |
| Defendant. ) | |

    PLEASE TAKE NOTICE that Defendant LUKE ANDREW WILLIAMS f/k/a LARBY AMIROUCHE hereby announces that he will be representing himself pro se in all pending and future proceedings related to this closed case, including but not limited to any motions under 28 U.S.C. § 2255.

    Mr. Williams hereby terminates Jack Corfman as his counsel of record and requests that Mr. Corfman be removed from the docket and all future notices in this matter. Mr. Williams will be proceeding pro se and requests that all future correspondence, orders, and notices be sent directly to him at:

> Luke Andrew Williams
> Reg. No. 31196-509
> Thomson Prison Camp
> P.O. Box 1002
> Thomson, IL 61285
>
> And copies to:
> 835 Woodbine Road
> Highland Park, Illinois 60035

    Mr. Williams further requests that the transcript of the February 23, 2021, removal hearing be made available on PACER for download.

    Mr. Williams reserves all rights to challenge the validity of prior proceedings in this case, including but not limited to the February 23, 2021, removal hearing, on grounds of ineffective assistance of counsel or any other applicable legal grounds.

Dated: August 13, 2024

Respectfully Submitted,


/s/ Luke Andrew Williams
Luke Andrew Williams f/k/a Larby Amirouche
Pro Se Defendant